UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Kambiz Tayebi

                        Plaintiff,

v.                                                   Case No.: 1:23−cv−00935
                                                            Honorable Edmond E. Chang

Antony J. Blinken, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 4, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: The Plaintiff's unopposed motion to transfer venue to the United States District Court for the District of Columbia [12] is granted under 28 U.S.C. 1406(a). Given the allegations in the complaint, D.C. is the most sensible venue for the action. The Clerk shall effectuate the transfer forthwith. The tracking status hearing of 04/07/2023 is vacated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.